# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUCCIONE COLLECTION, LLC, a Delaware limited liability company, JEREMY FROMMER, an individual, RICK SCHWARTZ, an individual, JERRICK MEDIA HOLDINGS, INC., a Nevada corporation, JERRICK VENTURES, INC., a Nevada corporation, JERRICK VENTURES LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-04980-PA (FFMx)<br>Hon. Percy Anderson, Courtroom: 9A<br><br>**ORDER ON DEFENDANTS' REQUEST FOR LEAVE TO APPEAR AT SCHEDULING CONFERENCE TELEPHONICALLY**<br><br>Conference Date: January 22, 2018<br>Time: 10:30 a.m.<br><br>Complaint Filed:      July 6, 2017<br>1st Am. Cmplt. Filed:   Aug. 30, 2017<br>2nd Am. Cmplt. Filed:   Dec. 11, 2017 |

Having received and read the Defendants' request for their counsel toe appear telephonically at the Scheduling Conference set for January 22, 2018 at 10:30 a.m., and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the request is **GRANTED**. Defendants Guccione Collection, LLC, Jeremy Frommer, Rick Schwartz, Jerrick Media Holdings, Inc., Jerrick Ventures, Inc., and Jerrick Ventures LLC may appear

1  telephonically at the Scheduling Conference currently set for January 22, 2018 at
2  10:30 a.m., before the Honorable Percy Anderson of the above entitled Court, by
3  and through their counsel Kenneth J. Rubinstein and Jackson S. Davis of COHEN
4  TAUBER SPIEVACK & WAGNER P.C., (212) 381-8745.

6  **SO ORDERED.**

8  DATED: January 17, 2017

                                                    HONORABLE PERCY ANDERSON
                                                    United States District Judge