SYVERSON, LESOWITZ & GEBELIN LLP
Erik S. Syverson (Bar No. 221933)
　　erik@syversonlaw.com
Steven T. Gebelin (Bar No. 261507)
　　steven@syversonlaw.com
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Telephone:　(310) 341-3072
Facsimile:　(310) 341-3070

COHEN TAUBER SPIEVACK & WAGNER P.C.
Kenneth J. Rubinstein (admitted *pro hac vice*)
　　krubinstein@ctswlaw.com
Jackson S. Davis (admitted *pro hac vice*)
　　jdavis@ctswlaw.com
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone:　(212) 381-8745
Facsimile:　(212) 586-5095

Attorneys for Defendants
Guccione Collection, LLC, Jeremy Frommer,
Rick Schwartz, Jerrick Media Holdings, Inc.,
Jerrick Ventures, Inc., and Jerrick Ventures LLC,

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation,<br>　　　　　　Plaintiffs,<br>v.<br>GUCCIONE COLLECTION, LLC, a Delaware limited liability company, JEREMY FROMMER, an individual, RICK SCHWARTZ, an individual, JERRICK MEDIA HOLDINGS, INC., a Nevada corporation, JERRICK VENTURES, INC., a Nevada corporation, JERRICK VENTURES LLC, and DOES 1-10, inclusive,<br>　　　　　　Defendants. | Case No.: 2:17-CV-04980-PA (FFMx)<br>Hon. Percy Anderson, Courtroom: 9A<br><br>**DEFENDANTS' REQUEST FOR A STAY OF PROCEEDINGS**<br><br>Complaint Filed:　　　July 6, 2017<br>1st Am. Cmplt. Filed:　Aug. 30, 2017<br>2nd Am. Cmplt. Filed:　Dec. 11, 2017<br><br>Current Trial Date: October 2, 2018 |

Defendants Guccione Collection, LLC, Jeremy Frommer, Rick Schwartz, Jerrick Media Holdings, Inc., Jerrick Ventures, Inc., Jerrick Ventures LLC (collectively, "Defendants"), by and through their undersigned counsel, hereby respectfully request that the Court stay this action for 90 days in light of Plaintiffs' recent bankruptcy petition; and, in the event the Court denies Defendants' request, adjust the scheduling order due to scheduling conflicts with religious holidays.

Defendants request that this matter be stayed for 90 days due to the Chapter 11 proceeding commenced by the plaintiffs (among other debtors) on January 11, 2018 in the United States Bankruptcy Court, Central District of California (San Fernando Valley Division) (Case No. 1:18-bk-10098-MB) (the "Bankruptcy Case").

The assets whose ownership and rights are at issue in this proceeding are undoubtedly part of the estate of the Chapter 11 debtors (including the plaintiffs) in the Bankruptcy Case. There is no method by which the rights of the parties in this action can be determined and adjudicated without involving the Bankruptcy Court. As the Bankruptcy Case is in its infancy, it would be a waste of judicial (and the parties') resources to proceed with this action at this juncture.

Defendants communicated their desire and intent to seek a stay of this proceeding to Plaintiffs' counsel of record (Caroline Mankey) in this action.[1] Upon information and belief, Ms. Mankey is not currently authorized to take any action on behalf of the Plaintiffs in this case as she must first obtain approval from the Bankruptcy Court to act of Plaintiff's behalf. She has yet to obtain such approval. (Based on a review of the docket in the Bankruptcy Case, upon information and belief, no such request has been made and there is no current timetable for this matter to be addressed.)

---

[1] Plaintiffs' counsel's current firm, and prior firm, are on the list of creditors of the Chapter 11 debtors in the Bankruptcy Case.

Debtors' counsel in the Bankruptcy Case (Michael Weiss) advised Defendants' counsel that it was his understanding that this action was stayed as a result of the Bankruptcy Case and that he currently did not have time to deal with the assets at issue in this action as a result of other pressing matters in the Bankruptcy Case.

Based on the foregoing, Defendants respectfully request that this action be stayed for a minimum of 90 days and that a conference be scheduled with the parties at the conclusion of the stay to determine future proceedings.

Should the Court deny Defendants' request for a stay, Defendants respectfully request that the Court modify certain dates in the January 19, 2018 Scheduling Order (Docket No. 54) due to counsel's religious observance. The scheduled date for a hearing on pre-trial motions is September 24, 2018 and the trial has been scheduled for October 2, 2018, which are Jewish holidays that counsel observes and will therefore be unavailable to participate on those dates. Therefore, counsel respectfully requests that the pre-trial motions hearing date be moved to the week of October 8 and the trial moved to the week of October 15.

DATED: January 24, 2018

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that the attorneys on whose behalf this filing is jointly submitted, have concurred in this filing.

Respectfully submitted,

SYVERSON, LESOWITZ & GEBELIN LLP

By: */s/Steven T. Gebelin*

STEVEN T. GEBELIN
ERIK S. SYVERSON

**COHEN TAUBER SPIEVACK & WAGNER P.C.**
Kenneth J. Rubinstein (admitted *pro hac vice*)
Jackson S. Davis (admitted *pro hac vice*)

*Attorneys for Defendants* Guccione Collection, LLC, Jeremy Frommer, Rick Schwartz, Jerrick Media Holdings, Inc., Jerrick Ventures, Inc., and Jerrick Ventures LLC