**AKERMAN LLP**
CAROLINE H. MANKEY (SBN 187302)
E-mail: caroline.mankey@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Plaintiffs
PENTHOUSE GLOBAL MEDIA, INC. and
GENERAL MEDIA COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>GUCCIONE COLLECTION, LLC, a Delaware limited liability company, JEREMY FROMMER, an individual, RICK SCHWARTZ, an individual, JERRICK MEDIA HOLDINGS, INC., a Nevada corporation, JERRICK VENTURES, INC., a Nevada corporation, JERRICK VENTURES LLC, FILTHY GORGEOUS MEDIA, LLC, PARADOX LLC, a California limited liability company, JARED LETO, an individual, and DOES 1-100, inclusive,<br><br>            Defendants. | Case No. 2:17-CV-04980-PA (FFMx)<br><br>**PLAINTIFFS' NOTICE OF PROPOSAL RE PANEL MEDIATOR** |

TO THE HONORABLE COURT AND ALL PARTIES AND COUNSEL:

Pursuant to the Court's order dated February 13, 2018, plaintiffs Penthouse Global Media, Inc. and General Media Communications, Inc. hereby propose that panel mediator Mike Young be selected by the Court to mediate the present case.

1

1  Mr. Young is affiliated with Judicate West, 601 S. Figueroa Street, Suite 4000,
2  Los Angeles, CA 90017, 800-488-8805, and has agreed to mediate this case.

3

4  Dated: February 23, 2018              Respectfully submitted,
5                                        **AKERMAN LLP**
6
7                                        By:   */s/ Caroline H. Mankey*
                                               Caroline H. Mankey
8                                              Attorneys for Plaintiffs
                                               PENTHOUSE GLOBAL MEDIA, INC.
9                                              and GENERAL MEDIA
                                               COMMUNICATIONS, INC.
10

44204820;1