**AKERMAN LLP**
CAROLINE H. MANKEY (SBN 187302)
E-mail: caroline.mankey@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Plaintiffs
PENTHOUSE GLOBAL MEDIA, INC. and
GENERAL MEDIA COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUCCIONE COLLECTION, LLC, a Delaware limited liability company, JEREMY FROMMER, an individual, RICK SCHWARTZ, an individual, JERRICK MEDIA HOLDINGS, INC., a Nevada corporation, JERRICK VENTURES, INC., a Nevada corporation, JERRICK VENTURES LLC, FILTHY GORGEOUS MEDIA, LLC, PARADOX LLC, a California limited liability company, JARED LETO, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-04980-PA (FFMx)<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |

WHEREAS Plaintiffs Penthouse Global Media, Inc. and General Media

Communications, Inc. (collectively, "Plaintiffs") are debtors which filed a petition for

relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court, Central District of California, on January 11, 2018;

WHEREAS on April 12, 2018, the Chapter 11 Trustee reported to the United States Bankruptcy Court in a motion to convert the case to a Chapter 7 proceeding that, after analyzing the financial condition of the Plaintiffs and related debtors, the Chapter 11 Trustee concluded that the Plaintiffs and related debtors are administratively insolvent, operating at an ongoing loss, and there is no reasonable likelihood of their rehabilitation;

WHEREAS the Trustee withdrew the motion to convert the case to a Chapter 7 proceeding and, on May 9, 2018, the United States Bankruptcy Court granted a subsequent motion made by the Chapter 11 Trustee to sell substantially all of Plaintiffs' assets;

WHEREAS an auction was held in the United States Bankruptcy Court on June 4, 2018, at which a third party unrelated to Plaintiffs placed the highest bid to purchase all of the assets of the Plaintiffs, which bid was recommended by the Trustee and accepted by the Bankruptcy Court;

WHEREAS the third party's purchase of substantially all of the Plaintiffs' assets is scheduled to close by June 15, 2018; and

WHEREAS the current management and administration of the Plaintiffs is and will no longer be operating or managing the Plaintiffs or controlling the prosecution of this litigation and, as of June 15, 2018, a third party is anticipated to become the holder of the rights and claims asserted by the Plaintiffs in this action;

2

45349566;1

Plaintiffs and Defendants Guccione Collection, LLC, Jeremy Frommer, Rick Schwartz, Jerrick Media Holdings, Inc., Jerrick Ventures, Inc., Jerrick Ventures, LLC (collectively, "Defendants"), hereby stipulate and agree as follows:

A. All of the claims asserted in this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

B. The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

SO STIPULATED.

Dated: June 6, 2018    **COHEN TAUBER SPIEVACK & WAGNER, P.C.**

By: */s/ Kenneth J. Rubinstein*
Kensneth J. Rubinstein
Attorneys for Defendants Guccione Collection, LLC, Jeremy Frommer, Rick Schwartz, Jerrick Media Holdings, Inc., Jerrick Ventures, Inc., and Jerrick Ventures LLC

Dated: June 6, 2018    **AKERMAN LLP**

By: */s/ Caroline H. Mankey**
Caroline H. Mankey
Attorneys for Plaintiffs
Penthouse Global Media, Inc. and General Media Communications, Inc.

* Pursuant to Local Rule 5-4.3.4(a)(2)(i), Caroline H. Mankey hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**AKERMAN LLP**
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

45349566;1