AKERMAN LLP
601 WEST FIFTH STREET, SUITE 300
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENTHOUSE GLOBAL MEDIA, INC., a Delaware corporation, GENERAL MEDIA COMMUNICATIONS, INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GUCCIONE COLLECTION, LLC, a Delaware limited liability company, JEREMY FROMMER, an individual, RICK SCHWARTZ, an individual, JERRICK MEDIA HOLDINGS, INC., a Nevada corporation, JERRICK VENTURES, INC., a Nevada corporation, JERRICK VENTURES LLC, FILTHY GORGEOUS MEDIA, LLC, PARADOX LLC, a California limited liability company, JARED LETO, an individual, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:17-CV-04980-PA (FFMx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

1

45403988;1

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that:

A.  All of the claims asserted in this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

B.  The parties to this stipulation will each bear their own costs and fees as incurred against one another in this action.

DATED: June 6, 2018

_____
HONORABLE PERCY ANDERSON
United States District Judge

45403988;1